PAUL DICKEY, Appellant v. CHRISTOPHER A. GORTNER,
Respondent.

(Submitted March 14, 1921; decided March 22, 1921.)

Motion for re-argument denied.  (See 223 N. Y. 531;
226 N. Y. 620, 688, 711; 230 N. Y. 612, 657.)